3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

DERRICK CROSBY,

     Defendant.

Case: 2:26-cr-20175
Assigned To : White, Robert J.
Referral Judge: Altman, Kimberly G.
Assign. Date : 3/25/2026
Description: INDI USA V. CROSBY (NA)

Violation: 18 U.S.C. § 922(g)(1)

_____/

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about November 20, 2025, in the Eastern District of Michigan, Southern Division, the defendant, Derrick Crosby, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is one Smith and Wesson 9 mm caliber firearm, in violation of Title 18, United States Code, Sections 922(g)(1).

### FORFEITURE ALLEGATION
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to

1

Title 18 United States Code Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, Defendant Derrick Crosby shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461(c), any firearm and ammunition involved in or used in any knowing violation of said offenses.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

*s/ Craig Wininger*
Craig Wininger
Chief, Violent and Major Crimes Unit
Assistant United States Attorney

*s/ Terrence R. Haugabook*
Terrence R. Haugabook
Assistant United States Attorney

Dated: March 25, 2026

| United States District Court<br>Eastern District of Michigan | Criminal Case Co | Case: 2:26-cr-20175<br>Assigned To : White, Robert J.<br>Referral Judge: Altman, Kimberly G.<br>Assign. Date : 3/25/2026<br>Description: INDI USA V. CROSBY<br>(NA) |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes     ☒ No | **AUSA's Initials:** T.H |

**Case Title:** USA v.  DERRICK CROSBY

**County where offense occurred :**  Wayne

**Check One:**     ☒ Felony          ☐ Misdemeanor          ☐ Petty

   ✓ Indictment/_____ Information --- **no** prior complaint.
   _____ Indictment/_____ Information --- based upon prior complaint [**Case number:**          ]
   _____ Indictment/_____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

March 25, 2026
Date

_Terrence Haugabook_ (signature)
Terrence Haugabook
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone:313-226-9157
Terrence.Haugabook@usdoj.gov
P44554

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.